IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BESTY A. CALABRACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 3:04-0567 |
| | ) | JUDGE HAYNES |
| JOHN E. POTTER, | ) | |
| Postmaster General, | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 36) is **GRANTED**. This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 8th day of June, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge